IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| JACK J PETTIS and TIFFANY A PETTIS, | : | Bankruptcy No. 23-10005-CMB |
| Debtor | : | Chapter 13 |
| Freedom Mortgage Corporation | : | Document No. 76 |
| Movant | : | Hearing Date & Time: 10/05/23 @ 01:30 pm |
| | : | |
| v. | : | |
| Ronda J Winnecour, | : | |
| Respondent(s) | : | |

### SETTLEMENT AND CERTIFICATION OF COUNSEL REGARDING TRUSTEE'S INTERIM NOTICE OF CURE OF ARRE

The undersigned hereby certifies that agreement has been reached with the respondent(s) regarding the Response filed on June 12, 2023.

The signature requirements of W.PA.LBR 5005-6 have been followed in obtaining the agreement of all parties and is reflected in the attached document.

The undersigned further certifies that:

☐ An agreed order and a redline version showing the changes made to the order originally filed with the court as an attachment to the motion is attached to this Certificate of Counsel. Deletions are signified by a line in the middle of the original text (strikeout) and additions are signified by text in italics. It is respectfully requested that the attached order be entered by the Court.

☒ No other order has been filed pertaining to the subject matter of this agreement.

☐ The attached document does not require a proposed order.

Dated:    November 3, 2023            By:  /s/ Mario Hanyon
                                              Signature

                                              Mario Hanyon
                                              Typed Name

                                              3825 Forrestgate Dr.
                                              Winston-Salem, NC 27103
                                              Address

                                              844-856-6646
                                              Phone No.

                                              Pennsylvania Bar Number 203993
                                              List Bar I.D. and State of Admission

**PAWB Local Form 26 (06/17)**