**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**ERIE DIVISION**

**IN RE:**
**JACK J PETTIS**                                      **CASE NO.  23-10005-CMB**
**TIFFANY A PETTIS**                                   **CHAPTER 13**
                            **DEBTOR**

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

NAME:                          FREEDOM MORTGAGE CORPORATION

EFFECTIVE DATE OF CHANGE:  04/29/2024

OLD NOTICE ADDRESS:            10500 Kincaid Drive, Suite 300
                               Fishers, IN 46037-9764

NEW NOTICE ADDRESS:            11988 Exit 5 Parkway, Building 4
                               Fishers, IN 46037-7939

OLD PAYMENT ADDRESS:           10500 Kincaid Drive, Suite 300
                               Fishers, IN 46037-9764

NEW PAYMENT ADDRESS:           11988 Exit 5 Parkway, Building 4
                               Fishers, IN 46037-7939


Dated: September 18, 2024

                               */s/Lorri Beltz*
                               Lorri Beltz, Vice President, Default
                               Freedom Mortgage Corporation
                               11988 Exit 5 Parkway, Building 4
                               Fishers, IN 46037-7939
                               Telephone: (855) 690-5900

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**ERIE DIVISION**

**IN RE:**
**JACK J PETTIS**                          **CASE NO.  23-10005-CMB**
**TIFFANY A PETTIS**                       **CHAPTER 13**
                    **DEBTOR**

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I have served a true and correct copy of the Notice Of Creditor's Change Of Address to all creditors and parties in interest by electronic means or mailed, postage prepaid on this day to the following:

Via First Class Mail:

Pro Se                                          RONDA J. WINNECOUR
*Counsel for Debtor*                            600 Grant St Ste 3250
                                                Pittsburgh PA 15219-2719
                                                *Chapter 13 Trustee*

JACK J PETTIS
TIFFANY A PETTIS
405 W Gore Rd
Erie PA 16509-2306
*Debtor*

This 18th Day of September, 2024

                                  */s/Lorri Beltz*
                                  Lorri Beltz, Vice President, Default
                                  Freedom Mortgage Corporation
                                  11988 Exit 5 Parkway, Building 4
                                  Fishers, IN 46037-7939
                                  Telephone: (855) 690-5900