UNITED STATES BANKRUPTCY COURT
Western District of Pennsylvania

In re:
Pettis, Jack & Tiffany

Case No. 23-10005
Chapter 13

_____ Debtor(s) _____ /

## NOTICE OF CHANGE OF ADDRESS

**CHECK ONLY ONE:**

DEBTOR(s): ☐    CREDITOR: ☑

Please print the following information:

NAME: Bankers Healthcare Group c/o Pinnacle Bank

OLD MAILING ADDRESS: 150 3rd Ave S
STE 900
Nashville, TN 37201

NEW MAILING ADDRESS: 21 Platform Way S
STE 2300
Nashville, TN 37203

DATED: 06/02/25    /s/Chris Keimer
Signature of Debtor or Creditor

Signature of Joint Debtor (if applicable)

PHONE NUMBER: 615-743-8779

**All future notices shall be sent to the new mailing address**

(6/1/11)

UNITED STATES BANKRUPTCY COURT

Western District of Pennsylvania

FILED
25 JUN -6 PM 3:54
CLERK
U.S. BANKRUPTCY
COURT ERIE

In re:
Pettis, Jack & Tiffany

Case No. 23-10005
Chapter 13

Debtor(s) /

## NOTICE OF CHANGE OF ADDRESS

**CHECK ONLY ONE:**

DEBTOR(s): ☐    CREDITOR: ☑

Please print the following information:

NAME: Bankers Healthcare Group c/o Pinnacle Bank

OLD MAILING ADDRESS: 150 3rd Ave S
STE 900
Nashville, TN 37201

NEW MAILING ADDRESS: 21 Platform Way S
STE 2300
Nashville, TN 37203

DATED: 06/02/25

Signature of Debtor or Creditor

Signature of Joint Debtor (if applicable)

PHONE NUMBER: 615-743-8779

**All future notices shall be sent to the new mailing address**

(6/1/11)