UNITED STATES BANKRUPTCY COURT
Western District of Pennsylvania

FILED
25 AUG -4 PM 11:37
CLERK
U.S. BANKRUPTCY
COURT - ERIE

In re:
Pettis, Jack & Tiffany

Case No. 23-10005
Chapter 13

_____ Debtor(s) _____ /

### AMENDED NOTICE OF CHANGE OF ADDRESS

**CHECK ONLY ONE:**

DEBTOR(s): ☐   CREDITOR: ☑

Please print the following information:

NAME: Bankers Healthcare Group c/o Pinnacle Bank

OLD MAILING ADDRESS: 150 3rd Ave S STE 900
Nashville, TN 37201
(ECF Claim #11)

NEW MAILING ADDRESS: 21 Platform Way S
STE 2300
Nashville, TN 37203

DATED: 07/30/25

Signature of Debtor or Creditor

_____
Signature of Joint Debtor (if applicable)

PHONE NUMBER: 615-743-8779

All future notices AND PAYMENTS shall be sent to the new mailing address

(6/1/11)