UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 23-10005(CMB) |
| | : | |
| JACK J. PETTIS and | : | |
| TIFFANY A. PETTIS, | : | |
|    Debtors. | : | |
| | : | CHAPTER 13 |
| | : | |
| TENDTO CREDIT UNION, | : | |
|    Movant, | : | |
| | : | |
|        v. | : | |
| | : | |
| NO RESPONDENT. | : | JUDGE BÖHM |
| | : | |

NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:

    Creditor Name:  Tendto Credit Union
    Incorrect Address:  1915 East 36th Street, Erie, PA  16510

Corrected Address:

    Creditor Name:  Tendto Credit Union
    Correct Address:  1129 State Street, Erie, PA 16501

                                                    Respectfully submitted,

EXECUTED ON: October 10, 2025

                                            */s/ Nicholas R. Pagliari*
                                            Nicholas R. Pagliari
                                            PA Supreme Court ID No. 87877
                                            MacDONALD, ILLIG, JONES & BRITTON LLP
                                            100 State Street, Suite 700
                                            Erie, Pennsylvania 16507-1459
                                            Tel: (814) 870-7754
                                            Fax: (814) 454-4647
                                            Email: npagliari@mijb.com

                                            Attorneys for Tendto Credit Union

#4928-2704-2929