Certificate Number: 14912-PAW-DE-040613703

Bankruptcy Case Number: 23-10005



14912-PAW-DE-040613703

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 12, 2026, at 3:09 o'clock PM EST, Jack Pettis completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: February 12, 2026          By:    /s/Jai Bhatt

                                 Name:  Jai Bhatt

                                 Title: Counselor